**STATE of Missouri, Respondent,**

v.

**Harold HAWKINS, Appellant.**

**No. 63149.**

Supreme Court of Missouri,
En Banc.

July 14, 1981.

Rehearing Denied July 29, 1981.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

*Reexamination on order of the United States Supreme Court*

PER CURIAM:

This case together with several others[1] was ordered reexamined in light of Alber-

(Mo.App.1980); State v. White, 610 S.W.2d 646 (Mo.App.1980); State v. (Johnny) Williams, 610 S.W.2d 644 (Mo.App.1980), all of which were vacated and remanded to the Court of Appeals, Eastern District, in Missouri v. Counselman, —— U.S. ——, 101 S.Ct. 1690, 68 L.Ed.2d 190 (1981). See Brown v. State, 607 S.W.2d 801 (Mo.App.1980); State v. Collins, 607 S.W.2d 781 (Mo.App.1980); State v. Hawkins, 608 S.W.2d 496 (Mo.App.1980); State v. (Eddie) Greer, 609 S.W.2d 423 (Mo.App.1980); State v. Martin, 610 S.W.2d 18 (Mo.App.1980), all of which were vacated and remanded to the Court of Appeals, Western District in Missouri v. Brown, —— U.S. ——, 101 S.Ct. 1735, 68 L.Ed.2d 222 (1981). See State v. Sinclair, 606

*naz v. United States,* 450 U.S. ——, 101 S.Ct. 1137, 67 L.Ed.2d 275 (1981). Since all of the courts of appeals rulings were based upon our ruling in *Sours v. State,* 593 S.W.2d 208 (Mo.banc 1980) (Sours I) or *Sours v. State,* 603 S.W.2d 592 (Mo.banc 1980) (Sours II), the cases were all ordered transferred to this Court. Our examination of the double jeopardy issue made in light of *Albernaz* pursuant to the orders of the United States Supreme Court, appears in *State v. Haggard,* 619 S.W.2d 44 (Mo.banc No. 62227), decided July 14, 1981.

The original opinion filed by the Missouri Court of Appeals, Western District, *State v. Hawkins,* 608 S.W.2d 496 (Mo.App.1980), is approved and affirmed and by reference made a part of this opinion. *Sours v. State,* 603 S.W.2d 592 (Mo.banc 1980) (Sours II), *cert. denied, Missouri v. Sours,* —— U.S. ——, 101 S.Ct. 953, 67 L.Ed.2d 118 (1981); and *State v. Haggard,* 619 S.W.2d 44 (Mo. banc 1981).

The conviction for armed robbery is affirmed; the conviction for armed criminal action is reversed.

DONNELLY, C. J., and SEILER, WELLIVER, MORGAN, HIGGINS and BARDGETT, JJ., concur.

RENDLEN, J., concurs in part and dissents in part in separate opinion filed.

RENDLEN, Judge, opinion concerning in part and dissenting in part.

I join the majority in its affirmance of appellant's conviction for armed robbery. However, I dissent to that portion of the

majority opinion reversing appellant's conviction for armed criminal action for the same reasons set forth in my dissenting opinion in *State v. Haggard,* 619 S.W.2d 44, decided this date.

---

S.W.2d 271 (Mo.App.1980), vacated and remanded to the Court of Appeals, Southern District, in *Missouri v. Sinclair,* —— U.S. ——, 101 S.Ct. 3044, 69 L.Ed.2d 415 (1981). *See State v. Lowery,* 608 S.W.2d 445 (Mo.App. 1980), vacated and remanded to the Court of Appeals, Eastern District, in *Missouri v. Lowery,* —— U.S. ——, 101 S.Ct. 3044, 69 L.Ed.2d 415 (1981). *See State v. (Timothy) Crews,* 607 S.W.2d 759 (Mo.App.1980); *State v. (Terry) Crews,* 607 S.W.2d 729 (Mo.App.1980); *State v. Helton,* 607 S.W.2d 772 (Mo.App.1980); *State v. Tunstall,* 607 S.W.2d 809 (Mo.App. 1980), all of which were vacated and remanded to the Court of Appeals, Eastern District in *Missouri v. Crews,* —— U.S. ——, 101 S.Ct.

3103, 69 L.Ed.2d 968 (1981). In all of the above cases where an application for transfer to this Court was requested, all such applications were denied.

*See State v. (Donald) Greer,* 605 S.W.2d 93 (Mo.1980); *State v. Kendrick,* 606 S.W.2d 643 (Mo.1980); and *State v. (Rollan Anthony) Williams,* 606 S.W.2d 777 (Mo.1980), all of which were vacated and remanded to this Court in *Missouri v. Greer,* —— U.S. ——, 101 S.Ct. 3000, 69 L.Ed.2d 385 (1981).

